UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LEE KENNEDY,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>WILLIAM GITTERE, et al.,<br>　　　　　　　　　　Defendants. | Case No. 3:25-cv-00628-MMD-CLB<br><br>ORDER |

**I.   DISCUSSION**

Pro se Plaintiff Kevin Lee Kennedy initiated this lawsuit by filing a Complaint (ECF No. 1-1) ("Complaint")) and exhibits (ECF Nos. 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8) but did not pay the $405 filing fee or apply for *in forma pauperis* ("IFP") status. The Court ordered Plaintiff to either pay the full filing fee or file a complete IFP application by December 5, 2025, if he wanted to proceed with this action. (ECF No. 3.) Plaintiff responded by explaining that the prison law library scanned and submitted his Complaint on November 4, 2025, but scanned and submitted his IFP application on November 3, 2025. (ECF No. 4 at 1.) Although Plaintiff submitted these two documents together, the way the law library staff scanned the documents caused the Clerk of Court to file each document in a separate case—3:25-cv-00623-ART-CLB ("*Kennedy 1*") and 3:25-cv-00628-MMD-CLB. (*Id*.)  The Clerk of Court filed the IFP application in *Kennedy 1* and the Complaint and exhibits in this case. (*Id*.)

Plaintiff attaches the IFP filed in *Kennedy 1* and seeks to have the IFP filed in this case where it should have been filed in the first place. (*Id*. at 2, 14-16.)  In *Kennedy 1*, Plaintiff files a response explaining that he intended to initiate only one lawsuit, wants to voluntarily dismiss *Kennedy 1*, and wants to pursue his claims in 3:25-cv-00628-MMD-CLB. (*Kennedy 1*, ECF No. 6 at 2.) Having reviewed Plaintiff's responses in both cases,

the Court finds that Plaintiff intended to file only one civil-rights lawsuit and that all documents should have been filed in the earlier lawsuit, *Kennedy 1*. The instant action was opened by mistake.

## II.     CONCLUSION

It is therefore ordered that this case is administratively closed because it was opened in error. If Plaintiff wishes to pursue his claims, he must do so in Case No. 3:25-cv-00623-ART-CLB, and he must list that action's case number in the caption of the documents that he files with the Court to ensure proper filing.

It is further ordered that the Clerk of Court will administratively close this case and file Plaintiff's Complaint (ECF No. 1-1) and exhibits (ECF Nos. 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8) in Case No. 3:25-cv-00623-ART-CLB. Plaintiff is advised that, after the Clerk of Court accomplishes these tasks, the Court will address his IFP application, Complaint, and exhibits in the ordinary course in Case No. 3:25-cv-00623-ART-CLB.

DATED THIS 11th Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE